



## MEMORANDUM OPINION

No. 04-10-00696-CV

Robert **DUDLEY**,
Appellant

v.

Narzaya **ORGIL** and Tsolmondorj Tsetendelger,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-05793
Honorable Gloria Saldaña, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  June 22, 2011

DISMISSED

The parties have filed a joint motion to dismiss the appeal.  Their motion states they have reached an agreement on all matters in this dispute and they ask this court to dismiss the appeal. The joint motion is granted and this appeal is hereby dismissed.  *See* TEX. R. APP. P. 42.1(a)(2). In accordance with the agreement, costs of this appeal are taxed against the party that incurred them.  *See id.* 42.1(d).

PER CURIAM